Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Michael R. Merritt, Nevada Bar Number 5720
  *Michael.merritt@mccormickbarstow.com*
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP,
INC., CHICAGO TITLE INSURANCE
COMPANY, CHICAGO TITLE OF
NEVADA, INC., FIDELITY NATIONAL
TITLE AGENCY OF NEVADA, INC., and
TICOR TITLE OF NEVADA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00353-KJD-NJK<br><br>~~STIPULATION AND PROPOSED~~ **ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND AND DEFER DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |



Plaintiff Bank of America, N.A. ("BANA") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company, Chicago Title of Nevada, Inc., Fidelity National Title Agency of Nevada, Inc., and Ticor Title of Nevada, Inc. (collectively, "Defendants," and with BANA, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on March 1, 2021, BANA filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830287-C [ECF No. 1-1];

**WHEREAS**, on March 1, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

**WHEREAS**, on March 31, 2021, BANA filed a Motion for Remand [ECF No. 7];

**WHEREAS**, on March 31, 2021, BANA filed a Motion for Costs and Fees [ECF No. 8];

**WHEREAS**, on April 12, 2021, an amended removal petition was filed [ECF No. 9];

**WHEREAS**, on April 23, 2021, this Court granted the Parties' stipulation to stay the case pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal" [ECF No. 13];

**WHEREAS**, Defendants' time to oppose the motion to remand, to oppose the motion for fees, and to file responsive pleadings had not yet expired;

**WHEREAS**, according to the terms of the stipulation to stay the case, Defendants' deadlines to oppose BANA's motion to remand this action to the Eighth District Court (ECF No. 7), to oppose BANA's motion for fees (ECF No. 8), and to file a responsive pleading were continued and would be reset by mutual agreement of the Parties;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      Defendants' deadline to oppose BANA's motion to remand this action to the Eighth District Court (ECF No. 7) and motion for fees (ECF No. 8) will be January 28, 2022;

2.      BANA's deadline to file a reply in support of its motion to remand and motion for fees will be by code.

3.      The Parties stipulate and agree that, in the interests of judicial economy, the deadline



to file a responsive pleading to the Complaint will continue to be stayed and will be reset, if

necessary, by agreement of the parties following the Court's ruling on the remand motion.

**IT IS SO STIPULATED.**

Dated:  December 28, 2021           EARLY SULLIVAN WRIGHT
          GIZER & McRAE LLP

          By:    */s/-- Scott E. Gizer*
              SCOTT E. GIZER
              SOPHIA S. LAU
              Attorneys for Defendants FIDELITY
              NATIONAL TITLE GROUP, INC.,
              CHICAGO TITLE INSURANCE COMPANY,
              CHICAGO TITLE OF NEVADA, INC.,
              FIDELITY NATIONAL TITLE AGENCY OF
              NEVADA, INC., and TICOR TITLE OF
              NEVADA, INC.

Dated:  December 28, 2021           MCCORMICK, BARSTOW, SHEPPARD,
          WAYTE & CARRUTH LLP

          By:    */s/-- Michael R. Merritt*
              MICHAEL R. MERRITT
              Attorneys for Defendants FIDELITY
              NATIONAL TITLE GROUP, INC.,
              CHICAGO TITLE INSURANCE COMPANY,
              CHICAGO TITLE OF NEVADA, INC.,
              FIDELITY NATIONAL TITLE AGENCY OF
              NEVADA, INC., and TICOR TITLE OF
              NEVADA, INC.

Dated:  December 28, 2021           WRIGHT FINLAY & ZAK, LLP

          By:    */s/-Darren T. Brenner*
              DARREN T. BRENNER
              Attorneys for Plaintiff BANK OF AMERICA,
              N.A.

**IT IS SO ORDERED:**

Dated:    January 3, 2022             By:
                                     KENT J. DAWSON
                                     UNITED STATES DISTRICT JUDGE



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

654339.1

**STIPULATION AND ORDER**